IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY FERRAIUOLO                                                                                      PLAINTIFF

VS.                                        Civil No. 4:14-cv-4066

RON STOVALL; WARDEN BRAZELL;
CAPTAIN MORGAN; LIEUTENANT ADAMS
SERGEANT PEEKS; CORPORAL SANDERS;
CORPORAL STURDEUANT; OFFICER EVERETT;
SERGEANT MOON                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 7, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's claims against Defendant Sturdeuant and Defendant Moon be dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against these two Defendants are **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's individual and official capacity claims against Defendants Stovall, Warden Brazell, Captain Morgan, Lieutenant Adams, Sergeant Peeks, Corporal Sanders, and Officer Everett remain.

**IT IS SO ORDERED**, this 1st day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge